177 So. 346
### Ex parte Goodman HOLLINGSWORTH (HOLLINGSWORTH v. Lamar FIELD, Judge).
### 7 Div. 480.

Supreme Court of Alabama.
Dec. 2, 1937.

E. W. Harmon, of Anniston, for petitioner.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for respondent.

PER CURIAM.

This case is controlled by the decision in Ex parte J. H. Harvell, ante, p. 63, 177 So. 345, this day decided, and upon that authority the writ is awarded.

Writ awarded.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.